FILE COPY

No. 07-14-00019-CV

| | | |
|---|---|---|
| J.R.'s Landscaping & Sprinkler Systems, Inc.<br>  Appellant | §<br><br>§ | From the 72nd District Court<br>  of Crosby County |
| v. | § | September 21, 2015 |
| City of Crosbyton<br>  Appellee | §<br>§ | Opinion by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated September 21, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o